UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No.

APPROXIMATELY $20,000.00 IN UNITED
STATES CURRENCY, and

APPROXIMATELY $5,188.00 IN UNITED
STATES CURRENCY,

    Defendants.

**VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM**

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**Nature of the Action**

1. This is a civil action to forfeit properties to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

**The Defendants In Rem**

2. The defendant property, approximately $20,000.00 in United States currency, was seized on or about November 5, 2018, from Willie Williams at or near 1XXX West Concordia Avenue, Milwaukee, Wisconsin.

3. The defendant property, approximately $5,188.00 in United States currency, was seized on or about November 5, 2018, from Willie Williams at or near 3068 North Teutonia Avenue, Milwaukee, Wisconsin.

4. The defendant properties are presently in the custody of the City of Milwaukee Treasurer's Office in Milwaukee, Wisconsin.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6. This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b).

7. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

8. The defendant property, approximately $20,000.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

9. The defendant property, approximately $5,188.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

10. Heroin is a Schedule I controlled substance under 21 C.F.R. § 1308.

11. Cocaine is a Schedule II controlled substance under 21 C.F.R. § 1308.

12. Alprazolam is a Schedule IV controlled substance under 21 C.F.R. § 1308.

13. Lactose is used by drug dealers to cut or dilute controlled substances.

**November 5, 2018 execution of search warrant at Willie Williams' residence**

14. On November 5, 2018, Milwaukee police officers executed a search warrant at the residence of Willie Williams, 1XXX West Concordia Avenue, Milwaukee, Wisconsin ("Williams' residence").

15. Present at Williams' residence during execution of the search warrant were individuals having the initials "L.H." and "D.W."

16. Below are some of the items inside Williams' residence on November 5, 2018.

    A. Two loaded firearms, one with an extended magazine, were in L.H.'s bedroom.

    B. Approximately 100 rounds of ammunition were in D.W.'s bedroom.

    C. The following items were in Willie Williams' bedroom:

        i. Box of rubber gloves,

        ii. Box of baggies,

        iii. Box of razor blades,

        iv. Box of face masks,

        v. Digital scale,

        vi. Various firearm magazines and ammunition,

        vii. Blender with heroin residue,

        viii. Plate with cocaine base residue and a razor blade,

        ix. Handgun,

3

x.      Baggie with 200 Alprazolam pills, and

        xi.     Approximately $20,000 in United States currency. Denominations of the currency were 550-$20 bills, 58-$50 bills, and 61-$100 bills.

    D.  A blender with heroin residue was in the kitchen.

    E.  Five one-pound bags of lactose powder were in the kitchen pantry.

    F.  A measuring cup, razor blade, plate, and digital scale were on top of the kitchen cabinets.

**November 5, 2018 traffic stop and arrest of Willie Williams**

17.  On November 5, 2018, Milwaukee police officers conducted a traffic stop on a Ford Explorer at or near 3068 North Teutonia Avenue, Milwaukee, Wisconsin.

18.  Willie Williams was the driver of the Ford Explorer. Also in the vehicle were an individual having the initials D.J. and an infant.

19.  Officers took Willie Williams into custody.

20.  At the time of his arrest, Willie Williams had approximately $5,188 in United States currency in his pants pocket.

21.  Denominations of the approximately $5,188 were 3-$100 bills, 1-$50 bill, 238-$20 bills, 6-$10 bills, 3-$5 bills, and 3-$1 bills.

22.  Inside the Ford Explorer that Williams was driving at the time of his arrest were the following:

    A.  Two cell phones, and

    B.  One semi-automatic firearm loaded with 11 rounds of ammunition.

**November 6, 2018 mirandized recorded statement of Willie Williams**

23.  On November 6, 2018, an officer conducted an interview of Willie Williams (the "Interview").

24.  The Interview was audio recorded.

4

25. Prior to conducting the Interview, the officer read Willie Williams his Constitutional Miranda Rights. Williams stated that he understood each of his rights and was willing to speak with the officer.

26. During the Interview, Willie Williams ("Williams") admitted the following:

   A. Williams has been selling narcotics since about July.

   B. Williams sells about 50 grams of heroin per week.

   C. Williams sells about one ounce of cocaine per week.

   D. Williams buys the heroin and then has someone else mix it up for him at his residence, and cook the cocaine into crack cocaine.

   E. Williams' favorite drug to sell is heroin.

   F. The seized money is money that Williams save up since July.

   G. Williams purchased the Alprazolam pills for $1 each.

   H. Williams takes the Alprazolam pills himself and also sells the pills for $1 each.

   I. The firearm inside the Ford Explorer that Williams was driving on November 5, 2018, belongs to Williams.

**Willie Williams' November 14, 2018 State Drug Charges**

27. On November 14, 2018, Willie Williams was charged in Milwaukee County Circuit Court, Case No. 18CF5416, with (1) maintaining a drug trafficking place, and (2) possession of a firearm by a convicted felon.

28. A plea hearing in Case No. 18CF5416 is scheduled for April 15, 2019.

### Willie Williams' January 2, 2018 State Drug Charges

29. On January 2, 2018, Willie Williams was charged in Milwaukee County Circuit Court, Case No. 18CF4, with possession of cocaine with intent to deliver and possession of heroin with intent to deliver.

30. On June 5, 2018, in Case No. 18CF4, Willie Williams pleaded guilty to possession of cocaine and possession of narcotic drugs, which are both felony offenses.

31. As a convicted felon, Willie Williams is prohibited from possessing a firearm.

### Warrant for Arrest In Rem

32. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

### Claims for Relief

33. The plaintiff alleges and incorporates by reference the paragraphs above.

34. By the foregoing and other acts, the defendant property, approximately $20,000.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

35. The defendant approximately $20,000.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

36. By the foregoing and other acts, the defendant property, approximately $5,188.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

37. The defendant approximately $5,188.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant properties be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant properties to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2019.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

By: s/SCOTT J. CAMPBELL
SCOTT J. CAMPBELL
Assistant United States Attorney
Scott J. Campbell Bar Number: 1017721
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: scott.campbell@usdoj.gov

## Verification

I, Vincent Lopez, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration (DEA) in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 10 through 26 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 3/6/19  s/VINCENT LOPEZ
Vincent Lopez
Task Force Officer

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

## DEFENDANTS
APPROXIMATELY $20,000.00 IN UNITED STATES CURRENCY, ET AL.

County of Residence of First Listed Defendant  Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 03/07/2019
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:19-cv-00342   Filed 03/07/19   Page 1 of 1   Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                              Case No.

APPROXIMATELY $20,000.00 IN UNITED
STATES CURRENCY, and

APPROXIMATELY $5,188.00 IN UNITED
STATES CURRENCY,

      Defendants.

---

## WARRANT FOR ARREST IN REM

---

    To:    THE UNITED STATES MARSHAL
             Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 7th day of March, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant properties pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant properties be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the following defendant properties, which are presently in the custody of the City of Milwaukee Treasurer's

Office in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court:

    A.    Approximately $20,000.00 in United States currency, which was seized on or about November 5, 2018, from Willie Williams at or near 1XXX West Concordia Avenue, Milwaukee, Wisconsin, and

    B.    Approximately $5,188.00 in United States currency, which was seized on or about November 5, 2018, from Willie Williams at or near 3068 North Teutonia Avenue, Milwaukee, Wisconsin.

Dated this _____ day of _____, 2019, at Milwaukee, Wisconsin.

                      STEPHEN C. DRIES
                      Clerk of Court

        By: _____
                      Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendants.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____